IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES OLIVER,                                              No. CIV S-08-2524 GGH P

    vs.

R.K. WONG, Warden, et al.,                                 ORDER
_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis who seeks relief pursuant to 42 U.S.C. § 1983.  On April 29, 2009, (Doc. 11) the court ordered that service was appropriate on defendant S. Scott and directed the Clerk of the Court to send plaintiff the appropriate forms.  Plaintiff returned the forms and then sought leave to substitute the name 'Scott Chesser' for 'S. Scott'.  On August 21, 2009, (Doc. 16) the court denied plaintiff's request, dismissed the complaint and granted leave for plaintiff to file a first amended complaint with the allegations against Scott Chesser.  On September 10, 2009, plaintiff filed a first amended complaint.

        The first amended complaint states a cognizable claim for relief against Scott Chesser, pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the first amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendant: Scott Chesser.

2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the first amended complaint filed September 10, 2009.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 1 above; and

   d. Two copies of the endorsed first amended complaint filed September 10, 2009

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: September 29, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:AB
oliv2524.2am

```
 1
 2
 3
 4
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10   JAMES OLIVER,
11          Plaintiff,                     No. CIV S-08-2524 GGH P
12      vs.
13   R.K. WONG, Warden, et al.,            NOTICE OF SUBMISSION
            Defendants.                    OF DOCUMENTS
14   _____/
15        Plaintiff hereby submits the following documents in compliance with the court's
16   order filed _____:
17          ___1___     completed summons form
18          ___1___     completed USM-285 forms
19          ___2___     copies of the __September 10, 2009__
                                      First Amended Complaint
20   DATED:
21
22
                                           _____
23                                         Plaintiff
24
25
26
```