JEFFREY E. BEESON, SBN 200897
MICHAEL A. TERHORST, SBN 164679
Attorneys at Law
BEESON TERHORST LLP
510 Bercut Drive, Suite V
Sacramento, California 95811-0111
Telephone: (916) 444-3400
Facsimile:  (916) 444-3421

Attorneys for Defendant
SCOTT CHESSER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES OLIVER,<br><br>        Plaintiff,<br><br>    v.<br><br>SCOTT CHESSER,<br><br>        Defendants. | CASE NO.: 2:08-CV-02524-LKK-GGH (PC)<br><br>**SUBSTITUTION OF COUNSEL** |

DEFENDANT SCOTT CHESSER hereby substitutes BEESON TERHORST LLP as attorney in the place and stead of JOHN PADRICK, Deputy Attorney General, Department of Justice, Office of the Attorney General of California, 1300 I Street, Suite 125, Sacramento, California 94244-2550.

Please direct all further communication to the principal attorney as follows:

>   Jeffrey E. Beeson, Esq., SBN 200897
>   Michael A. Terhorst, Esq. SBN 164679
>   BEESON TERHORST LLP
>   510 Bercut Drive, Suite V
>   Sacramento, CA  95811-0111
>   Telephone:  916-444-3400
>   Facsimile:  916-444-3421
>   Email: Jeff@beesonterhorst.com / *Michael@beesonterhorst.com*

-1-

I hereby withdraw as attorney in this matter and consent to this substitution pursuant to Local Rule 83-182(g).

/s/ Alberto L. Gonzalez
_____     Dated: August 9, 2010
ALBERTO L. GONZALEZ
Supervising Deputy Attorney General

I am duly admitted to practice in this District pursuant to Local Rule 83-180, and consent to this substitution.

/s/ Michael A. Terhorst
_____     Dated: August 9, 2010
JEFFREY E. BEESON
MICHAEL A. TERHORST
Beeson Terhorst LLP

IT IS SO ORDERED that the Substitution of Attorney is hereby approved.

Dated:  August 16, 2010

By:  /s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

Oliv2524.subs

-2-