1  JEFFREY E. BEESON, SBN 200897
   MICHAEL A. TERHORST, SBN 164679
2  Attorneys at Law
   BEESON TERHORST LLP
3  510 Bercut Drive, Suite V
   Sacramento, California  95811-0111
4  Telephone: (916) 444-3400
   Facsimile:   (916) 444-3421
5

6  Attorneys for Defendant
   SCOTT CHESSER
7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JAMES OLIVER,                              CASE NO.:  2:08-CV-02524-LKK-GGH (PC)

12          Plaintiff,                         **SUBSTITUTION OF COUNSEL**

13      v.

14  SCOTT CHESSER,

15          Defendants.

16

17      DEFENDANT SCOTT CHESSER hereby substitutes JOHN PADRICK, Supervising

18  Deputy Attorney General, Department of Justice, Office of the Attorney General of California as

19  attorney in the place and stead of BEESON TERHORST LLP, 510 Bercut Drive, Suite V,

20  Sacramento, California 95811.

21      Please direct all further communication to the principal attorney as follows:

22                          John Padrick
                            Attorney General's Office of the State of California
23                          Department of Justice
                            1300 I Street
24                          P.O. Box 944255
                            Sacramento, CA 94244-2550
25                          Telephone: 916.323.5708
                            Facsimile: 916.322.8288
26                          Email: John.padrick@doj.ca.gov
27

28

-1-
**SUBSTITUTION OF COUNSEL**

BEESON TERHORST LLP
510 BERCUT DRIVE, SUITE V
SACRAMENTO, CALIFORNIA  95811-0111
(916) 444-3400 TELEPHONE
(916) 444-3421 FACSIMILE

1    I hereby withdraw as attorney in this matter and consent to this substitution pursuant to

2    Local Rule 83-182(g).

3

4    /s/ Michael A. Terhorst
     _____                    Dated: April 1, 2011

5    MICHAEL A. TERHORST
     Beeson Terhorst LLP

6

7

8    I am duly admitted to practice in this District pursuant to Local Rule 83-180, and consent to

9    this substitution.

10   /s/ John Padrick
     _____                    Dated: April 4, 2011

11   JOHN PADRICK
     Deputy Attorney General

12

13

14   IT IS SO ORDERED that the Substitution of Attorney is hereby approved.

15

16   Dated:  April 14, 2011

17

18                                          /s/ Gregory G. Hollows
                                         By:   UNITED STATES MAGISTRATE JUDGE

19   Oliv2524.subs

20

21

22

23

24

25

26

27

28

-2-
**SUBSTITUTION OF COUNSEL**

BEESON TERHORST LLP
510 BERCUT DRIVE, SUITE V
SACRAMENTO, CALIFORNIA 95811-0111
(916) 444-3400 TELEPHONE
(916) 444-3421 FACSIMILE