IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES OLIVER,

      Plaintiff,        No. 2:08-cv-2524 LKK AC P

  vs.

SCOTT CHESSER,

      Defendant.       <u>ORDER</u>

     Plaintiff James Oliver is a California state prisoner proceeding pro se in a civil rights action under 42 U.S.C. § 1983. On December 14, 2012, plaintiff filed a motion for appointment of counsel (ECF No. 68). The court finds that appointment of counsel for plaintiff is warranted. Julie G. Yap has been selected from the court's pro bono attorney panel to represent plaintiff, and she has accepted the appointment.

   Accordingly, IT IS HEREBY ORDERED that:

     1. Plaintiff's motion for the appointment of counsel is granted.

     2. Julie G. Yap is appointed as counsel in the above entitled matter.

     3. Julie G. Yap shall notify Sujean Park at 916-930-4278, or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment.

1    4.  The Clerk of the Court is directed to serve a copy of this order upon Julie G.
2 Yap, Seyfarth Shaw LLP, 400 Capitol Mall, Suite 2350, Sacramento, California 95814.
3 DATED: February 11, 2013.

                           ALLISON CLAIRE
                           UNITED STATES MAGISTRATE JUDGE