SEYFARTH SHAW LLP
James D. McNairy (SBN 230903)
jmcnairy@seyfarth.com
Sophia S. Kwan (SBN 257666)
skwan@seyfarth.com
Julie G. Yap (SBN 243450)
jyap@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428
Telephone:     (916) 448-0159
Facsimile:     (916) 558-4839

Attorneys for Plaintiff
JAMES OLIVER

DEPARTMENT OF JUSTICE
Office of Attorney General of California
Kevin W. Reager (SBN 178478)
1300 I Street
P. O. Box 944255
Sacramento, CA  94244-2550
Telephone:  (916) 324-5331
Facsimile:  (916) 322-8288

Attorneys for Defendant
SCOTT CHESSER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES OLIVER,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT CHESSER,<br><br>    Defendant. | Case No. 2:08-cv-2524 LKK AC P<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY SCHEDULING ORDER**<br><br>Judge:  Hon. Lawrence K. Karlton |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, Local Rules 240 and 270, and the Court's Pretrial Scheduling Order, Plaintiff James Oliver and Defendant Scott Chesser hereby submit this Stipulation and [Proposed] Order to Modify the Pretrial Scheduling Order to reopen discovery and set tentative trial dates in this matter.

On July 21, 2010, this Court issued a Pretrial Scheduling Order in this matter. At the time, Plaintiff was not represented by counsel. The Court set the discovery deadline as January 7, 2011 and a dispositive motion deadline of April 29, 2011. The Court did not set a trial date.

Subsequently, the Court extended the discovery deadline until April 7, 2011 and the dispositive motion deadline until July 15, 2011. The dispositive motion deadline was again extended to November 28, 2011.

On August 10, 2012, Magistrate Judge Gregory G. Hollows issued Findings and Recommendations, recommending that Plaintiff's motion for summary judgment be denied and that Defendants' motion for judgment on the pleadings be granted in part and denied in part, leaving only a retaliation claim. On September 27, 2012, the Court adopted the Findings and Recommendations in full.

On December 14, 2013, Plaintiff filed a motion to appoint counsel, which was granted on February 12, 2013. There are currently no dates set in this matter.

Since the appointment of counsel for Plaintiff, the parties have been diligently working together to find available trial dates and to conduct additional discovery. The parties have made progress on many issues, but need to reopen formal discovery to complete the remainder of the discovery agreed to in principle in this case. For example, the parties anticipate taking depositions of incarcerated individuals in this case who previously submitted declarations in support of dispositive motions. Such depositions may require leave of court pursuant to Federal Rule of Civil Procedure 30. Further, a court order may be necessary to authorize subpoenas for relevant written records within the custody and control of the California Department of Corrections and Rehabilitation. Accordingly, the parties seek a modification of the Pretrial Scheduling Order to reopen discovery.

The parties have also conferred and agreed upon a general date on which all parties are available for trial. The parties anticipate that trial in this matter will be approximately 1-2 court days. The parties are available during the month of July 2014 for trial.

///

///

1   THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL HEREBY STIPULATE:

2   1.   The Parties agree to reopen discovery to allow further investigation of the claim at

3   issue in this Action since the appointment of counsel for Plaintiff.

4   2.   The parties may conduct discovery until February 7, 2014.  Any motions

5   necessary to compel discovery shall be filed by that date.

| | |
|---|---|
| Dated: September 25, 2013 | SEYFARTH SHAW LLP |
| | By:  /s/ Julie G. Yap<br>James D. McNairy<br>Sophia S. Kwan<br>Julie G. Yap<br>Attorneys for Plaintiff<br>JAMES OLIVER |
| Dated: September 25, 2013 | DEPARTMENT OF JUSTICE<br>Office of the Attorney General of California |
| | By:  /s/ Kevin Reager<br>Kevin Reager<br>Attorneys for Defendant<br>SCOTT CHESSER |

IT IS SO ORDERED.

DATED: September 25, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO MODIFY SCHEDULING ORDER

16080774v.1