SEYFARTH SHAW LLP
James D. McNairy (SBN 230903)
jmcnairy@seyfarth.com
Sophia S. Kwan (SBN 257666)
skwan@seyfarth.com
Julie G. Yap (SBN 243450)
jyap@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428
Telephone:     (916) 448-0159
Facsimile:      (916) 558-4839

Attorneys for Plaintiff
JAMES OLIVER

DEPARTMENT OF JUSTICE
Office of Attorney General of California
Kevin W. Reager (SBN 178478)
1300 I Street
P. O. Box 944255
Sacramento, CA  94244-2550
Telephone:  (916) 324-5331
Facsimile:  (916) 322-8288

Attorneys for Defendant
SCOTT CHESSER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES OLIVER,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT CHESSER,<br><br>    Defendant. | Case No. 2:08-cv-2524 LKK AC P<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER**<br><br>Judge:  Hon. Lawrence K. Karlton |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, Local Rules 240 and 270, and the Court's Pretrial Scheduling Order, Plaintiff James Oliver and Defendant Scott Chesser hereby submit this Stipulation and [Proposed] Order to Modify the Pretrial Scheduling Order to continue the discovery deadline for one month to allow the parties to engage in good faith settlement discussions that may resolve the claim at issue in this litigation.

1

On July 21, 2010, this Court issued a Pretrial Scheduling Order in this matter. At the time, Plaintiff was not represented by counsel. The Court set the discovery deadline as January 7, 2011 and a dispositive motion deadline of April 29, 2011. The Court did not set a trial date.

Subsequently, the Court extended the discovery deadline until April 7, 2011 and the dispositive motion deadline until July 15, 2011. The dispositive motion deadline was again extended to November 28, 2011.

On August 10, 2012, Magistrate Judge Gregory G. Hollows issued Findings and Recommendations, recommending that Plaintiff's motion for summary judgment be denied and that Defendants' motion for judgment on the pleadings be granted in part and denied in part, leaving only a retaliation claim. On September 27, 2012, the Court adopted the Findings and Recommendations in full.

On December 14, 2013, Plaintiff filed a motion to appoint counsel, which was granted on February 12, 2013.

On September 26, 2013, this Court entered a Stipulation and Order to reopen discovery to allow further investigation of the claim at issue in this action since the appointment of counsel for Plaintiff. The Order allowed the parties to conduct discovery until February 7, 2014.

On December 23, 2013, the Court issued a Scheduling Order, setting the Final Pretrial Conference in this matter for March 26, 2014.

Over the past months, Plaintiff and Defendant have engaged in good-faith settlement discussions that may resolve the claim at issue in this litigation. In order to preserve resources, the parties have agreed to postpone some of the discovery in this action while resolution of this matter is fully explored. However, in the event that settlement cannot be achieved, the parties seek a modification of the Pretrial Scheduling Order to extend the discovery cut-off by an additional month.

THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL HEREBY STIPULATE:

1. Because of ongoing settlement discussions, the Parties agree to continue the discovery deadline to allow further investigation and negotiation of the claim at issue in this Action.

2. The parties may conduct discovery until March 7, 2014. Any motions necessary to compel discovery shall be filed by that date.

Dated: January 21, 2014                    SEYFARTH SHAW LLP


By: /s/ Julie G. Yap
    James D. McNairy
    Sophia S. Kwan
    Julie G. Yap
Attorneys for Plaintiff
JAMES OLIVER

Dated: January 21, 2014                    DEPARTMENT OF JUSTICE
    Office of the Attorney General of California


By: /s/ Kevin Reager
    Kevin Reager
Attorneys for Defendant
SCOTT CHESSER

IT IS SO ORDERED.

DATED: January 22, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3

STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER

16706554v.1