1  SEYFARTH SHAW LLP
   James D. McNairy (SBN 230903)
2  jmcnairy@seyfarth.com
   Sophia S. Kwan (SBN 257666)
3  skwan@seyfarth.com
   Julie G. Yap (SBN 243450)
4  jyap@seyfarth.com
   400 Capitol Mall, Suite 2350
5  Sacramento, California  95814-4428
   Telephone:    (916) 448-0159
6  Facsimile:    (916) 558-4839

7  Attorneys for Plaintiff
   JAMES OLIVER
8
   DEPARTMENT OF JUSTICE
9  Office of Attorney General of California
   Kevin W. Reager (SBN 178478)
10 1300 I Street
   P. O. Box 944255
11 Sacramento, CA  94244-2550
   Telephone:  (916) 324-5331
12 Facsimile:  (916) 322-8288

13 Attorneys for Defendant
   SCOTT CHESSER
14

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17

18 JAMES OLIVER,                          Case No. 2:08-cv-2524 LKK AC P

19           Plaintiff,                   **STIPULATION AND [PROPOSED]
                                          ORDER TO CONTINUE DEADLINE
20     v.                                 TO FILE JOINT/SEPARATE
                                          PRETRIAL STATEMENT AND JOINT
21 SCOTT CHESSER,                         STATEMENT OF UNDISPUTED
                                          FACTS AND DISPUTED FACTUAL
22           Defendant.                   ISSUES**

23
                                          Judge:  Hon. Allison Claire
24

25       Plaintiff James Oliver and Defendant Scott Chesser, by and through their respective

26 counsel of record, hereby submit the following stipulate to continue the deadline to file a

27 Joint/Separate Pretrial Statement and the Joint Statement of Undisputed Facts and Disputed

28
                                          1
   STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE JOINT PRETRIAL
                        STATEMENT/SEPARATE STATEMENT

16962466v.1

1   Factual Issues, from March 12, 2014 to April 14, 2014, because the Parties are in the process of

2   negotiating a settlement.

3          WHEREAS, the Parties have been engaging in good faith settlement discussions;

4          WHEREAS, the Parties have agreed to the monetary terms of the settlement;

5          WHEREAS, the Parties are working diligently to finalize the non-monetary terms of the

6   settlement but do not anticipate that they will be able to file dispositional documents within 21

7   days in accordance with Local Rule 160 should a Notice of Settlement be filed today;

8          IT IS SO STIPULATED that, in order to preserve resources, good cause exists to

9   continue the deadline to file the Joint/Separate Pretrial Statement and Joint Statement of

10  Undisputed and Disputed Factual Issues, from March 12, 2014 to April 14, 2014, because the

11  parties are hopeful that a Notice of Settlement will be filed on or before that date and the Parties

12  will file all dispositional documents 21 days from the Notice of Settlement in accordance with

13  Eastern District Local Rule 160.

14  Dated: March 11, 2014                    SEYFARTH SHAW LLP

15

16                                          By:   /s/ Sophia S. Kwan
                                                James D. McNairy
17                                              Sophia S. Kwan
                                                Julie G. Yap
18                                              Attorneys for Plaintiff
                                                JAMES OLIVER
19  Dated: March 11, 2014                    DEPARTMENT OF JUSTICE
                                            Office of the Attorney General of California
20

21                                          By:   /s/ Kevin Reager
22                                              Kevin Reager
                                                Attorneys for Defendant
23                                              SCOTT CHESSER

24  The March 26, 2014 pretrial conference is hereby vacated to be reset by the court if appropriate.

25  IT IS SO ORDERED.

26  DATED: March 11, 2014

27                                          ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE
28

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE JOINT PRETRIAL
STATEMENT/SEPARATE STATEMENT