1  SEYFARTH SHAW LLP
   James D. McNairy (SBN 230903)
2  jmcnairy@seyfarth.com
   Julie G. Yap (SBN 243450)
3  jyap@seyfarth.com
   400 Capitol Mall, Suite 2350
4  Sacramento, California 95814-4428
   Telephone:   (916) 448-0159
5  Facsimile:    (916) 558-4839

6  Attorneys for Plaintiff
   JAMES OLIVER
7
   DEPARTMENT OF JUSTICE
8  Office of Attorney General of California
   Kevin W. Reager (SBN 178478)
9  1300 I Street
   P. O. Box 944255
10 Sacramento, CA 94244-2550
   Telephone: (916) 324-5331
11 Facsimile: (916) 322-8288

12 Attorneys for Defendant
   SCOTT CHESSER
13

14                        UNITED STATES DISTRICT COURT

15                        EASTERN DISTRICT OF CALIFORNIA

16

17 JAMES OLIVER,                        Case No. 2:08-cv-2524 LKK AC P

18         Plaintiff,                   **STIPULATION AND [PROPOSED]
                                        ORDER TO CONTINUE DEADLINE
19    v.                                TO FILE JOINT/SEPARATE
                                        PRETRIAL STATEMENT AND JOINT
20 SCOTT CHESSER,                       STATEMENT OF UNDISPUTED
                                        FACTS AND DISPUTED FACTUAL
21         Defendant.                   ISSUES**

22
                                        Judge: Hon. Allison Claire
23

24     Plaintiff James Oliver and Defendant Scott Chesser, by and through their respective

25 counsel of record, hereby submit the following stipulate to continue the deadline to file a

26 Joint/Separate Pretrial Statement and the Joint Statement of Undisputed Facts and Disputed

27

28
                                            1

1  Factual Issues, from April 14, 2014 to May 19, 2014, because the Parties are in the process of
2  negotiating and finalizing a settlement.
3      WHEREAS, the Parties have been engaging in good faith settlement discussions;
4      WHEREAS, the Parties have agreed to the monetary terms of the settlement;
5      WHEREAS, the Parties have engaged in continued negotiations and made multiple
6  revisions to the terms of a settlement agreement over the course of the last month;
7      WHEREAS, the Parties are working diligently to finalize the settlement agreement but do
8  not anticipate that they will be able to file dispositional documents within 21 days in accordance
9  with Local Rule 160 should a Notice of Settlement be filed today;
10     IT IS SO STIPULATED that, in order to preserve resources, good cause exists to
11 continue the deadline to file the Joint/Separate Pretrial Statement and Joint Statement of
12 Undisputed and Disputed Factual Issues, from April 14, 2014 to May 19, 2014, because the
13 parties are hopeful that a Notice of Settlement will be filed on or before that date and the Parties
14 will file all dispositional documents 21 days from the Notice of Settlement in accordance with
15 Eastern District Local Rule 160.

16 Dated: April 14, 2014                SEYFARTH SHAW LLP

By:  /s/ Julie G. Yap
    James D. McNairy
    Julie G. Yap
    Attorneys for Plaintiff
    JAMES OLIVER

Dated: April 14, 2014                DEPARTMENT OF JUSTICE
                                          Office of the Attorney General of California

By: /s/ Kevin Reager
    Kevin Reager
    Attorneys for Defendant
    SCOTT CHESSER

IT IS SO ORDERED.

DATED: April 14, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE