SEYFARTH SHAW LLP
James D. McNairy (SBN 230903)
jmcnairy@seyfarth.com
Julie G. Yap (SBN 243450)
jyap@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428
Telephone:    (916) 448-0159
Facsimile:     (916) 558-4839

Attorneys for Plaintiff
JAMES OLIVER

DEPARTMENT OF JUSTICE
Office of Attorney General of California
Kevin W. Reager (SBN 178478)
1300 I Street
P. O. Box 944255
Sacramento, CA  94244-2550
Telephone:  (916) 324-5331
Facsimile:  (916) 322-8288

Attorneys for Defendant
SCOTT CHESSER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES OLIVER,<br><br>            Plaintiff,<br><br>      v.<br><br>SCOTT CHESSER,<br><br>            Defendant. | Case No. 2:08-cv-2524 LKK AC P<br><br>**JOINT STIPULATION FOR<br>DISMISSAL WITH PREJUDICE**<br><br>Judge:  Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between Plaintiff JAMES OLIVER and Defendant SCOTT CHESSER, through their respective counsel of record, that plaintiff's Complaint bearing case number 2:08-cv-2524-LKK-AC P, and all causes of action contained therein, be dismissed WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1). Plaintiff and defendant agree that the parties will bear their own costs and fees related to the Complaint.

1

| | |
|---|---|
| Dated:  May 19, 2014 | SEYFARTH SHAW LLP |
| | By: /s/ Julie G. Yap |
| | James D. McNairy |
| | Julie G. Yap |
| | Attorneys for Plaintiff |
| | JAMES OLIVER |
| Dated:  May 19, 2014 | DEPARTMENT OF JUSTICE |
| | Office of the Attorney General of California |
| | By: /s/ Kevin Reager |
| | Kevin Reager |
| | Attorneys for Defendant |
| | SCOTT CHESSER |

IT IS SO ORDERED.

DATED:   May 22, 2014.

```
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

2

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

17284566v.1